# Exhibit A

| | |
|---|---|
| Cute II | 1012660147@qq.com |
| CaseCrazes local | 1062347367@qq.com |
| CaseCrazes | 1062347367@qq.com |
| CaseAuras | 1062347367@qq.com |
| CASE PPPerfect | 13415151587@139.com |
| CC FASHION CASE | 13430917521@163.com |
| A A O | 1347004233@qq.com |
| B Towel Haven Textiles | 13559456842@139.com |
| CutePuff phone case | 1360031282@qq.com |
| Deqde Wall Art | 13950757866@163.com |
| Alice Cup | 1424642767@qq.com |
| CBnkI | 14759105966@163.com |
| Common Blankets | 15900657196@163.com |
| Cool Beibei Sunshine World | 1747138045@qq.com |
| Blooms in winter | 17788488347@163.com |
| Candices | 1787500076@qq.com |
| Art space design decorations | 18059568517@163.com |
| CCLive Shop | 18850997980@139.com |
| Advanced SHUMA | 18929316107@163.com |
| AUTO VINYL | 19022710086@163.com |
| A Wu xiaok A | 1906624157@qq.com |
| Bloomoras | 19516106697@163.com |
| DDS PHONE CASING | 19577861297@163.com |
| DFSDFDS | 2151622679@qq.com |
| Aurora Pillow | 2439332327@qq.com |
| DGCXJN | 25547760@qq.com |
| Beautiful phone case MX | 2565880980@qq.com |
| A P R | 2668094580@qq.com |
| bigning | 269860876@qq.com |
| CoveCurtains | 2733647840@qq.com |
| COOLCASECB | 2877916414@qq.com |
| CarryCaps | 292932044@qq.com |
| BrushNook | 308804007@qq.com |
| AABLIRS FASHION | 3291411185@qq.com |
| A Glow Cover | 3538598799@qq.com |
| DazzleGlow | 3538598799@qq.com |
| Achilles Chen | 3595117928@qq.com |
| CHHCHAO | 3883973599@qq.com |
| bdd brooch | 3960393539@qq.com |
| Cosy Haven Linens | 398674548@qq.com |
| CXS ART | 399223845@qq.com |
| Brooch Trading | 412533126@qq.com |
| Alangke | 422380724@qq.com |

| | |
|---|---|
| ArsZopTwoCase | 437477965@qq.com |
| Chatteringly | 476182646@qq.com |
| CaseBun | 478495540@qq.com |
| DongyaoII | 490322603@qq.com |
| Dongfeng Wealth | 50866569@qq.com |
| Childhoodluhe | 51604686@qq.com |
| COOLDESIGN | 529130713@qq.com |
| Charmeet | 529130713@qq.com |
| ClingCraft Stickers | 545990401@qq.com |
| ASDASQE WALL ART | 61809712@qq.com |
| CAI FE | 631948709@qq.com |
| baochunshop | 64060658@qq.com |
| Baiyuanfuzhuangdian | 670996786@qq.com |
| CHEN MOUSEPAD | 794483467@qq.com |
| DadaPAO | 845681160@qq.com |
| Dcdamai | 876134811@qq.com |
| Earnestas | 895410933@qq.com |
| DHLshop | 981850873@qq.com |
| CYshoping | 981850873@qq.com |
| art works | 997705194@qq.com |
| Asidun-Direct | asidun2020@163.com |
| Cbagstroe | chen360067686@qq.com |
| Shusheng Cosplay | cosplay3pf@163.com |
| Current Case | Cwomen0419@163.com |
| ENBISI US | enbisiamus12@outlook.com |
| FANCEE INC. | fancywig@hotmail.com |
| fumao-us | funao2024@163.com |
| jinceyoushangmao | fxb513531@163.com |
| AMAX | hqtc001@163.com |
| DeSonal | hqtc002@163.com |
| Dreamso | huaxin@pudraw.com |
| changchunshiyufeimaoyiyouxiang ongsi | jin53533@163.com |
| CuddleWhisper Home | L13075961208@163.com |
| ALA Three Home | lxr9161@163.com |
| CloudStep Custom Case | m13710239313@163.com |
| Case U | mike201505@qq.com |
| EamSungrCase | netty6221865@163.com |
| DIY HOME LIFE STYII | ooxxfz3@126.com |
| COZY DIY HOME STYI | ooxxfz3@126.com |
| Cickbag | penhui112233@163.com |
| Alien Pin Studio | pudi_0424@qq.com |
| Cp blanket | q19283474122@outlook.com |

| | |
|---|---|
| BoardGametoys | qiaokun1998@163.com |
| Cary You BAG | shnegg@163.com |
| Hanti | songyixuan9898@163.com |
| a.workwear_supply | tech3.tafa@outlook.com |
| Aimiy | tubai54687588@126.com |
| GooLinn | wangguanglin667788@163.com |
| DP phone case MX | x3023188@gmail.com |
| Bzhen TUO jia Textile | xiaozhenwuyeshell@163.com |
| DFFGGH Case | ywjprc@163.com |
| Fiwawe | zengjunaz@126.com |
| CaseMochi | zengqing2028@163.com |
| bazhongbaihuo | zhangyongzhong666@outlook.com |
| BJHASDBA | zsk111111112025@163.com |
| Art connects paintings | zz549722202@sina.com |
| | njzy@zhhlawfirm.com |
| | dane.cloudraker@qq.com |
| | caro@deltaiplaw.com; westley@deltaiplaw.com; john@deltaiplaw.com; sean@deltaiplaw.com |
| | weigudavid@ip-defense.com; lyon.dong@ip-defense.com; settlement@ip-defense.com; tianyi@ip-defense.com; robertlaw@trolaw.net |